IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID E. HENRYM.D., <br><br> Plaintiff, <br><br> vs. <br><br> THE QUEEN'S MEDICAL CENTER, A HAWAII NONPROFIT CORPORATION; AND CASTLE MEDICAL CENTER, A HAWAII NONPROFIT CORPORATION; <br><br> Defendants. | CIV. NO. 18-00500 DKW-RT <br><br> ORDER OF RECUSAL |

## **ORDER OF RECUSAL**

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case, subject to remittal.  This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 4, 2019.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

---

*David E. Henrym.d. vs. The Queen's Medical Center, A Hawaii Nonprofit Corporation; And Castle Medical Center, A Hawaii Nonprofit Corporation*; Civ. No. 18-00500 DKW-RT; Order of Recusal