IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID E. HENRY, M.D., | ) | CV 18-00500 JAO-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| CASTLE MEDICAL CENTER, | ) | IN PART AND DENY IN PART |
| | ) | DEFENDANT'S BILL OF COSTS |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO GRANT IN PART AND DENY IN PART
DEFENDANT'S BILL OF COSTS

Findings and Recommendation having been filed and served on all parties on June 30, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawai'i, July 22, 2022.

Jill A. Otake
United States District Judge